IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WASEEM DAKER, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-CV-00342-TES-TQL |
| | * |
| COMMISSIONER TIMONTHY WARD, et al., | |
| | * |
| Defendants. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated March 7, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of March, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk